2013-1489

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

VIRNETX, INC.,

*Plaintiff-Appellee*,

and

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION,

*Plaintiff-Appellee*,

v.

CISCO SYSTEMS, INC.,

*Defendant,*

and

APPLE INC.,

*Defendant-Appellant*.

Appeal from the United States District Court for the Eastern District of Texas in case no. 10-CV-0417, Chief Judge Leonard Davis.

**DEFENDANT-APPELLANT APPLE INC.'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 11(d)**

JONATHAN G. CEDARBAUM
BRITTANY BLUEITT AMADI
LEAH LITMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000

DANNY L. WILLIAMS
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, TX  77042
(713) 934-7000

WILLIAM F. LEE
MARK C. FLEMING
LAUREN B. FLETCHER
REBECCA BACT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Attorneys for Defendant-Appellant Apple Inc.*

August 19, 2013

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel of record for Defendant-Appellant Apple Inc. certify as follows:

1. The full name of every party represented by us is:
   Apple Inc.

2. The names of the real parties in interest represented by us are:
   Apple Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by us are:
   None

4. The names of all law firms and the partners or associates that appeared for the parties represented by us in the trial court, or are expected to appear in this Court, are:

   ALBRITTON LAW FIRM: Eric M. Albritton, Stephen Edwards

   FINDLAY CRAFT: Roger Brian Craft, Eric Hugh Findlay

   KENYON & KENYON: Megan Whyman Olesek, Marcia H. Sundeen

   LAW OFFICE OF SCOTT WOLOSON: Scott Edward Woloson

   WILLIAMS, MORGAN & AMERSON, P.C.: Ruben Singh Bains, Christopher Needham Cravey, Kyung Kim, Terry D. Morgan, Leisa Talbert Peschel, Matthew Richard Rodgers, Danny Lloyd Williams,

   WILMER CUTLER PICKERING HALE AND DORR LLP: Brittany Blueitt Amadi, Rebecca Bact, Jonathan G. Cedarbaum, Mark C. Fleming, Lauren B. Fletcher, William F. Lee, Leah Litman

Dated: August 19, 2013          /s/ William F. Lee
                                WILLIAM F. LEE

- i -

Defendant-Appellant Apple Inc. hereby certifies that it has complied with Federal Circuit Rule 11(d).

Dated:  August 19, 2013

Respectfully submitted,

/s/ William F. Lee
WILLIAM F. LEE
MARK C. FLEMING
LAUREN B. FLETCHER
REBECCA BACT
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

JONATHAN G. CEDARBAUM
BRITTANY BLUEITT AMADI
LEAH LITMAN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC  20006
(202) 663-6000

DANNY L. WILLIAMS
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, TX  77042
(713) 934-7000

*Attorneys for Defendant-Appellant Apple Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Certificate of Compliance with Federal Circuit Rule 11(d) for Defendant-Appellant Apple Inc. with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 19th day of August, 2013, and served a copy on counsel of record by the CM/ECF system and by electronic mail to the parties on the service list below.

J. Michael Jakes
Srikala Parvathaneni Atluri
Kara F. Stoll
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
mike.jakes@finnegan.com
srikala.atluri@finnegan.com
kara.stoll@finnegan.com

Benjamin Schlesinger
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 653-6400
benjamin.schlesinger@finnegan.com

Bradley Wayne Caldwell
Jason Dodd Cassady
John Austin Curry
CALDWELL CASSADY & CURRY
1717 McKinney Avenue
Suite 700
Dallas, TX 75202
(214) 810-4705
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com

Douglas Aaron Cawley
MCKOOL SMITH, P.C.
300 Crescent Court
Dallas, TX 75201
(214) 978-4972
dcawley@mckoolsmith.com

Arturo Padilla
Donald Urrabazo
Ronald Raymond Wielkopolski
URRABAZO LAW, P.C.
2029 Century Park East
Suite 1400
Los Angeles, CA
(310) 388-9096
apadilla@ulawpc.com
durrabazo@ulawpc.com
rwielkopolski@ulawpc.com

Dated:  August 19, 2013          */s/ William F. Lee*
                                 WILLIAM F. LEE
                                 WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                 60 State Street
                                 Boston, MA  02109
                                 (617) 526-6000