**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

_____
_____
_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____
_____
_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____
_____
_____

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____
_____

_____    _____
          Date                              Signature of counsel

_____
Printed name of counsel

Please Note: All questions must be answered
cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   November 18, 2013 by:

    US mail
    Fax
    Hand
    Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Ronald Wielkopolski | /s/ Ronald Wielkopolski |
| Name of Counsel | Signature of Counsel |

Law Firm     Urrabazo Law, P.C.

Address     2029 Century Park East, Suite 1400

City, State, ZIP     Los Angeles, CA 90067

Telephone Number     (310) 363-7310

FAX Number     (310) 388-9088

E-mail Address     rwielkopolski@ulawpc.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.